UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JOHN MICHAEL DAVIS,<br><br>   Plaintiff,<br><br>v.<br><br>MOTHER'S LOVE HOSPICE, LLC D/B/A TRINITY HOSPICE CARE OF GEORGIA,<br><br>   Defendant. | Civil Action No.: 1:22-cv-03078-VMC |

### STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED.R.CIV.P. 41

IT IS HERE BY STIPULATED AND AGREED by and between plaintiff John Michael Davis ("Plaintiff") and defendant Mother's Love Hospice, LLC d/b/a Trinity Hospice Care of Georgia ("Defendant"), through their undersigned counsel of record, that the above-captioned action is voluntarily dismissed WITH prejudice against Defendant pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

Respectfully submitted this twenty-third (23rd) day of February, 2023.

| LEE LAW FIRM, LLC | MORGAN EASLEY, LLC |
|---|---|
| */s/Jackie Lee*_____<br>*(by Erin A. Easley, with express permission)*<br>Jackie Lee, Esq.<br>Georgia Bar No. 419196<br>jackie@leelawga.com | */s/Erin A. Easley*_____<br>Erin A. Easley, Esq.<br>Georgia Bar No. 897138<br>ee@morganeasley.com<br>*Counsel for Defendant* |

*Counsel for Plaintiff*

Lee Law Firm, LLC
695 Pylant Street N.E., #105
Atlanta, GA 30306
Tel.: (404) 301-8973

Morgan Easley, LLC
555 Sun Valley Drive, Suite J4
Roswell, GA 30076
Tel.: (770) 383-4660

## CERTIFICATE OF SERVICE

This is to certify that I electronically filed the foregoing *Stipulation of Voluntary Dismissal With Prejudice Pursuant to Fed.R.Civ.P. 41* with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Jackie Lee, Esq.
jackie@leelawga.com

This twenty-third (23rd) day of February, 2023.

MORGAN EASLEY, LLC

By: */s/Erin A. Easley*
    Erin A. Easley, Esq.
    GA Bar No. 897138
    ee@morganeasley.com

555 Sun Valley Drive, Suite J4
Roswell, GA 30076
Tel.: (770) 383-4460
Fax: (770) 383-4661